**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**GEORGE BOOKER FOSTER, JR.**                                           **PLAINTIFF**

**v.**                          **Civil No. 06-4106**

**H. L. PHILLIPS, Sheriff,**
**Miller County, Arkansas;**
**MIKE GRIFFIN, Jail Warden;**
**SGT. GREEN; DR. STRINGFELLOW;**
**LT. JANICE; SGT. RENEE WRIGHT;**
**NURSE TERRY PORTER; and**
**JERMIE CORBIT**                                                       **DEFENDANTS**

## O R D E R

Now on this 6th day of September, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Barry A. Bryant** (document #34, filed August 7, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                            **/s/Jimm Larry Hendren**
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**