IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE BOOKER FOSTER, JR.                                                    PLAINTIFF

v.                          Civil No. 4:06-cv-04106

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; MIKE GRIFFIN,
Jail Warden; SGT. GREEN;
DR. STRINGFELLOW; LT. JANICE;
SGT. RENEE WRIGHT; NURSE
TERRY PORTER; and
JERMIE CORBIT                                                                DEFENDANTS

## ORDER

By order entered on September 6, 2007 (Doc. 35), this case was dismissed based on the plaintiff's failure to keep the court informed of his address and the failure of the plaintiff to prosecute this action. Plaintiff has now filed a motion to reconsider (Doc. 36).

In the motion to reconsider, plaintiff asserts that he was unaware of the fact that his Mother had failed to pay the post office box fee and that mail being sent to 806 Martin Luther King Jr. Blvd., Garland City, AR 71839 was being returned as undeliverable for this reason. The court notes that all mail sent to the plaintiff since May has been returned as undeliverable. Plaintiff is reminded that it is his obligation to keep the court and opposing counsel aware of his current address.

The motion to reconsider (Doc. 36) is granted. This case is returned to the court's active docket.

DATED this 14th day of September 2007.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE