```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION
```

GEORGE BOOKER FOSTER, JR.                                    PLAINTIFF

    v.                              No. 06-4106

SHERIFF PHILLIPS, et al.                                     DEFENDANTS

## ORDER

Now on this 6th day of March, 2008, comes on to be considered the **Magistrate Judge's Report and Recommendation (Doc. 44)** and **Plaintiff's Objections (Docs. 46, 47)** thereto. The Court, having reviewed this matter de novo, finds and orders as follows with respect thereto:

1. On January 9, 2008, United States Magistrate Judge Barry A. Bryant issued a Report and Recommendation noting the following:

   * on three occasions, mail sent to the plaintiff by the Court was returned as undeliverable because plaintiff had failed to notify the Court of his change of address;

   * based on these failures, the Court adopted a previous Report and Recommendation and entered an order dismissing plaintiff's action for failure to prosecute and failure to keep the Court informed of his current address;

   * plaintiff subsequently filed a motion for reconsideration, which the Court granted and reopened the action based on plaintiff's explanation that there had been problems with payments on his post office box that he had been unaware of and that the problem would not happen again; and

  \*  that plaintiff subsequently failed to respond to a motion to compel, a court order granting the motion to compel, and a motion to dismiss.

  2. Based on the above, Judge Bryant recommended that the defendant's Motion to Dismiss (Doc. 41) be granted and that plaintiff's complaint be dismissed for failure to comply with court orders and failure to prosecute this action.

  3. The Report and Recommendation was returned to the Court as undeliverable at the designated address on January 14, 2008.

  4. Approximately one month later, on February 13, 2008, plaintiff filed a notice of change of address and then filed objections to the Report and Recommendation weeks after their due date.

  5. In his objections, plaintiff states that he did not receive the motion to compel or motion to dismiss because he was incarcerated and his address had, therefore, changed.

  6. This action has been pending since November 2006. Plaintiff has repeatedly failed to timely notify the Court of changes in his address, has failed to comply with Court orders and has otherwise failed to prosecute this action.  While plaintiff is proceeding pro se, out of fairness to the defendants and out of concerns for efficiency of the Court's docket, the Court cannot tolerate plaintiff's actions.

  Accordingly, the Court hereby adopts Judge Bryant's **Report and Recommendation (Doc. 44)** and **GRANTS** defendant's **Motion to Dismiss (Doc. 41).**  Plaintiff's complaint is hereby **DISMISSED WITH**

**PREJUDICE** for failure to comply with court orders and failure to prosecute this action.

IT IS SO ORDERED.

<u>/S/JIMM LARRY HENDREN</u>
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE